| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Kendall Lake Towers Condominium Association, Inc. |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders   12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Alan S Becker, Esq. Receiver and Becker & Poliakoff P.A. 121 Alhambra Plaza 10th floor Miami, FL 33134 | | attorney's fees for receiver | Disputed Subject to Setoff | | | $267,919.00 |
| Cuevas & Associates P.A. 7480 SW 40 St Miami, FL 33155 | | settlement agreement by receiver a mount is estimated $2,162.55 monthly payments pursuant to settlement agreement | Disputed | | | $50,000.00 |
| Munios & Morales P.A. 300 Seville Ave Suite 309 Miami, FL 33134 | | estimated attorneys' fees | Unliquidated | | | $20,000.00 |
| Miami Dade County FL Regulatory and Economic Resouces (RER) Credit and Collection 200 NW 2d Ave 3d Floor Miami, FL 33128 | | RER debt | Unliquidated Disputed | | | $2,510.00 |
| CMG Condo Fund LLC 4141 NE 2 Ave #204-A Miami, FL 33137 | | two lawsuits | Unliquidated Disputed | | | $0.00 |

Debtor **Kendall Lake Towers Condominium Association, Inc.**  Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Corporate Alliance Group LLC<br>10820 SW 200 Dr<br>Miami, FL 33157 | | lawsuit | Unliquidated Disputed | | | $0.00 |
| Danay Bazain<br>c/o Patrick Gonyea<br>4257 NW 76 Ave<br>Hollywood, FL 33024 | | lawsuit | Unliquidated Disputed | | | $0.00 |
| Melanie C.Salas<br>c/o Patrick Gonyea, Esq.<br>4257 NW 76 Ave<br>Hollywood, FL 33024 | | lawsuit | Unliquidated Disputed | | | $0.00 |
| Miami Dade County FL<br>Code Enforcememnt Department<br>111 NW 1 St Suite 1750<br>Miami, FL 33128 | | violations | Unliquidated Disputed | | | $0.00 |