**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

                                                                   Chapter 11
                                           Case No.: 16-12114-RAM

**KENDALL LAKE TOWERS**
**CONDOMINIUM ASSOCIATION, INC.**,

    Debtor.
_____/

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

**PLEASE TAKE NOTICE** that Chase A. Berger, Esq. and Ghidotti Berger, LLP hereby enter their appearance as counsel for Secured Creditor, **BSI FINANCIAL SERVICES, AS SERVICING AGENT FOR HMC ASSETS, LLC, SOLELY IN ITS CAPACITY AS SEPARATE TRUSTEE OF COMMUNITY DEVELOPMENT FUND I TRUST** ("Secured Creditor"), in these proceedings.

All parties shall take note that all future pleadings, notices, correspondence and all other pertinent data pertaining to the above-styled matter shall be forwarded to the undersigned counsel at the address listed below.

**Dated this 28th day of August, 2018.**

                                                       Respectfully submitted,

                                                       **GHIDOTTI | BERGER, LLP**
                                                       *Attorneys for Secured Creditor*
                                                       3050 Biscayne Blvd. - Suite 402
                                                       Miami, Florida 33137
                                                       Telephone: (305) 501.2808
                                                      Facsimile: (954) 780.5578

                                                      By:    /s/ Chase A. Berger
                                                              Chase A. Berger, Esq.
                                                              Florida Bar No. 083794
                                                              cberger@ghidottiberger.com

<em>Case No.: 16-12114-RAM</em>

## CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

By:    /s/ Chase A. Berger<br>Chase A. Berger, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on <u>August 28, 2018</u>, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day, either via transmission of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon:

*Debtor*
**Kendall Lake Towers**
**Condominium Association, Inc.**
15221 S.W. 80th Street, Unit 102
Miami, FL 33193

*Debtor's Counsel*
**John P. Arcia, Esq.**
175 S.W. 7th Street. #2000
Miami, FL 33130

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Avenue - Suite 1204
Miami, FL 33130

By:    /s/ Chase A. Berger<br>Chase A. Berger, Esq.