UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:
Kendall Lake Towers
Condominium Association, Inc.                Case 16-12114-RAM
Debtor                                       Ch 11
_____/

BALLOT AND DEADLINE FOR FILING BALLOT ACCEPTING OR REJECTING PLAN

*TO HAVE YOUR VOTE COUNT YOU MUST COMPLETE AND RETURN THIS BALLOT BY THE DEADLINE (AS SET PURSUANT TO LOCAL RULE 3018-1) NOVEMBER 29, 2018*

*The plan filed by Debtor can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interests in each class voting on the plan. In the event the requisite acceptances are not obtained, the court may nevertheless confirm the plan if the court finds that the plan accords fair and equitable treatment to the class rejecting it.*

Creditor: __Alan Becker__ for the
following type of claim placed in the indicated class in the indicated amount:

| TYPE OF CLAIM | CLASS IN PLAN | AMOUNT OF CLAIM |
|---|---|---|
| Secured |  | $ |
| Unsecured | 5 | $ 6,498 |
| Equity Security Holder |  | $ |

The undersigned [Check One Box] ✓ Accepts     __ Rejects
the plan for reorganization of the above-named debtor.

Signed: _[signature]_
Print Name: Barry C. Rosen
Address: BECKER, 1 E. Broward Blvd. SUITE 1800, FTL, FL 33301
Phone: 954-987-7550
Date: 11.20.18

FILE THIS BALLOT ON OR BEFORE NOVEMBER 29, 2018

with: Office of the Clerk  C. Clyde Atkins United States Courthouse  301 North Miami Avenue, Room 150 Miami, FL 33128
and JOEL ARESTY aresty@icloud.com

If you have more than one type of claim against this debtor, separate ballots must be filed and you should receive a ballot for each type of claim eligible to vote. Contact the plan proponent regarding incorrect or insufficient ballot(s).